ERNEST MERES, as Receiver of the SPONGE EXCHANGE BANK OF TARPON SPRINGS, *Appellant,* v. H. C. CLAYTON and GRACE B. CLAYTON, His Wife, *Appellees.*

En Banc.

Opinion filed March 9, 1929.

Petition for rehearing denied April 22, 1929.

330

*McKay, Withers & Ramsey,* for Appellant;

*Thomas Hamilton,* for Appellee.

PER CURIAM.—In a mortgage foreclosure the defense was payment and the bill of complaint was dismissed. Complainant appealed. Payment being an affirmative defense it should be shown by a clear preponderance of the evidence. 42 C. J. 117, Section 1677.

As to payment of the entire debt the evidence is indefinite, and the decree is reversed and the cause remanded for appropriate proceedings.

It is so ordered.

TERRELL, C. J., AND WHITFIELD, ELLIS, BROWN AND BUFORD, J. J., concur.